IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES, INC.,**<br>Plaintiff,<br><br>v.<br><br>**QC LABS**,<br>Defendant/Crossclaim Defendant<br><br>and<br><br>**TYLER AUTERA and BRIAN LANNON,**<br>Defendants and<br>Cross Claimants/Third-Party Plaintiffs,<br><br>v.<br><br>**ERIC NICOLAIDES, MATTHEW FRIEDHOFF, and WC BIO AG HOLDINGS, LLC**<br>Third-Party Defendants. | CIVIL ACTION<br><br>NO. 22-2512 |

## ORDER

**AND NOW** this 28th day of February, 2023, it is hereby **ORDERED**:

1. Defendants Brian Lannon and Tyler Autera shall file a supplemental brief, within fourteen (14) days, addressing the questions raised in the foregoing Memorandum;

2. Defendants Brian Lannon and Tyler Autera shall consult with the other parties as to how the matter should proceed, and the parties shall file a joint proposal or, if the parties cannot agree, separate proposals (no more than three (3) pages) within fourteen (14) days.

**BY THE COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**