IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES, INC.,**<br><br>                      Plaintiff,<br><br>v.<br><br>**QC LABS,**<br>          Defendant/Crossclaim Defendant<br><br>**and**<br><br>**TYLER AUTERA and BRIAN LANNON,**<br>                  Defendants and<br>      Cross Claimants/Third-Party Plaintiffs,<br><br>v.<br><br>**ERIC NICOLAIDES, MATTHEW FRIEDHOFF, and WC BIO AG HOLDINGS, LLC**<br>               Third-Party Defendants. | **CIVIL ACTION**<br>**NO. 22-2512** |

## ORDER RE: MOTION TO VACATE

**AND NOW**, upon this 15th day of December, 2023, having considered QC Labs's Motion to Vacate Default Judgments (ECF Nos. 63, 66), and the responses thereto filed by Plaintiff De Lage Landen Financial Services, Inc. (ECF Nos. 64, 69) and Defendants/Cross-claimants Tyler Autera and Brian Lannon (ECF No. 65), and for good cause shown, it is **HEREBY ORDERED**:

1. The motion to vacate the default judgment against QC Labs entered in favor of De Lage Landen Financial Services, Inc. in the Chester County Court of Common Pleas on or about April 15, 2022 is **DENIED** as moot; and

2.  It is **FURTHER ORDERED** that the motion to vacate the default judgment against QC
    Labs entered in favor of Autera and Lannon in this Court on May 19, 2023 (ECF No. 50)
    is **DENIED** for the reasons explained in the foregoing memorandum.

3.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-2512 Delage Landen Financial Services, Inc. v. QC Labs et al\22cv2512 Order re Motion to
Vacate.docx